# EXHIBIT 31

| ITEM NO. | QUANTITY | UNIT | DESCRIPTION | LOT/MESS NUMBER | PRICE |
|---|---|---|---|---|---|
| | | | ALL BELOW "PAT" SYSTEM ~~MATERIALS~~ | | |






# HOBART SCHOOL OF WELDING TECHNOLOGY
TROY, OHIO 45373 — PHONE (513)339-6011 — EXT. 4300
A non-profit Corporation founded in 1930 — dedicated to Welding Training

INVOICE NO. 21437

| CUSTOMER'S ORDER NO. | SOLD BY | SHIPPED VIA | DATE OF ENTRY | INVOICE DATE |
|---|---|---|---|---|
| E 93698-75 | R. Simmons | UPS 12/12/79 | 12/12/79 | 12/19/79 |

D: Duke Power Company
System Maintenance Support
⁓601 Mt. Holly Road
Charlotte, N. C. 28242
ATTN: Bob Sigman

P: Same

TERMS: NET 30 DAYS
NO CASH DISCOUNTS ALLOWED

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Gas Tungsten Arc Welding Program | | $ 660.00 |
| 1 | Gas Tungsten Arc Welding Pipe and Tubing Program | | 660.00 |
| 1 | Shielded Metal Arc Welding Basic Program | | 660.00 |
| 1 | Shielded Metal Arc Welding Pipe Uphill Program | | 660.00 |
| | | | $2640.00 |

ORDER COMPLETE

Duke Energy  5530



PLAINTIFF'S EXHIBIT 31

PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR PAYMENT
72-3871

"We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under

PURCHASE ORDER

# Mill-Power Supply Co.

**IMPORTANT**
NO. E 93698-75
THIS ORDER NUMBER MUST APPEAR ON ALL COPIES OF THE INVOICE AND ON ALL PACKAGES.

052736    1620-70    1-3-80

HOBART SCHOOL OF WELDING TECHNOLOGY
TRADE SQUARE EAST
TROY, OH 45373

SHIP TO: DUKE POWER CO.   ATTN: B SIGMO
HD LYERLY E-93698-75
SYSTEM MAINT. SUPPORT
5601 MT. HOLLY RD.
CHARLOTTE, NC 28242
VIA CONF.    PREPA

HEREIN DESIGNATED SHIPPER

MAKE INVOICE TO:
[X] DUKE POWER CO.
[ ] MILL-POWER SUPPLY CO.
MAIL INVOICE AS DIRECTED BELOW UNDER **NOTICE TO SELLER** *

BUYER, WHOSE ADDRESS AND SIGNATURE APPEAR BELOW, AGREES TO PURCHASE FROM SELLER THE GOODS AND/OR SERVICES DESCRIBED BELOW UPON THE TERMS AND CONDITIONS SET FORTH ON BOTH THE FRONT AND REVERSE SIDES OF THIS PURCHASE ORDER. SELLER SHALL TRANSFER AND DELIVER TO BUYER, OR TO PERSON HEREIN DESIGNATED, AT THE LOCATION, AT THE TIME OR TIMES, AND BY THE MEANS HEREIN SPECIFIED, THE FOLLOWING GOODS AND/OR SERVICES:

| ITEM NO. | QUANTITY | UNIT | DESCRIPTION | LOT/MESS NUMBER | PRICE |
|---|---|---|---|---|---|
| 1 | 1 | EA | "GAS TUNGSTEN ARC WELDING" COURSE | | 660.00 EA. |
| 2 | 1 | EA. | "GAS TUNGSTEN ARC WELDING-PIPE" COURSE | | 660.00 EA. |
| 3 | 1 | EA | "SHIELDED METAL ARC WELDING-BASIC" COURSE | | 660.00 EA. |
| 4 | 1 | EA | "SHIELDED METAL ARC WELDING-PIPE UPHILL" COURSE | | 660.00 EA. |

ALL BELOW "PAT" SYSTEM ~~MATERIALS~~
HOBART SCHOOL OF WELDING COURSES:

CONFIRMATION ORDER: DO NOT DUPLICATE.
ORDER PLACED BY PHONE ON 12-12-79.

DELIVERY PROMISED IN 1 WEEK.

PRICE & DELIVERY PER VERBAL QUOTE BY P. BELL 12-12-79.

MATERIAL WANTED ON OR BEFORE DEC. 21, 1979.

Duke Energy    5531

SHIPPING TERMS: FOB DAYTON, OH    F/A

CASH TERMS: NET 30

* **NOTICE TO SELLER**
1. ACKNOWLEDGE ORDER BY PROMPT ACCEPTANCE AND GIVE DATE ORDER WILL BE SHIPPED.
2. Acceptance is expressly limited to terms and conditions set forth herein and on reverse side.
3. If freight is prepaid and added to invoice, attach expense bill.
4. Show lot numbers on boxes and invoices if shown on this order.
5. THREE COPIES OF INVOICE, WITH SHIPPING PAPERS ATTACHED, ARE TO BE MAILED TO:

MILL-POWER SUPPLY CO.
CHARLOTTE, N.C. 28228

MILL-POWER SUPPLY COMPANY ("BUYER")

W. T. ROBERTSON, JR., PRES.

ADDRESS REPLY TO: JH MILLER    CDH

(704) 373-*519